# EXHIBIT B

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

Court System: **Circuit Court For Saint Mary's County - Civil**
Location: **Saint Marys Circuit Court**
Case Number: **C-18-CV-25-000599**
Title: **Ilana Abraham vs. St. Mary s Hospital of St. Mary s County, Inc.**
Case Type: **Tort - Negligence**
Filing Date: **09/19/2025**
Case Status: **Open**

### Involved Parties Information

#### Plaintiff

Name: **Abraham, Ilana**

#### Attorney(s) for the Plaintiff

Name: **MENHART, ERIC JAMES**
Appearance Date: **09/19/2025**
Address Line 1: **10 G Street N E**
Address Line 2: **Suite 710**
City: **Washington**   State: **DC**   Zip Code: **20002**

#### Defendant

Name: **St. Mary s Hospital of St. Mary s County, Inc.**

Address: **25500 Point Lookout Rd.**
City: **Leonardtown**   State: **MD**   Zip Code: **20650**

#### Resident Agent

Name: **The Corporation Trust Inc.**

Address: **2405 YORK ROAD**
**SUITE 201**

City:     **LUTHERVILLE TIMONIUM**   State:   **MD**   Zip Code:   **21093-2264**

# Document Information

| | |
|---|---|
| File Date: | **09/19/2025** |
| Document Name: | **Deficient Filing** |
| Comment: | **Class Action Complaint** |

| | |
|---|---|
| File Date: | **09/19/2025** |
| Document Name: | **Deficient Filing** |
| Comment: | **Civil Non-Domestic Case Information Sheet** |

| | |
|---|---|
| File Date: | **09/22/2025** |
| Document Name: | **Deficient Filing** |
| Comment: | **Notice of Deficiency - No Attorney bar number nor email on Complaint - Cured** |

| | |
|---|---|
| File Date: | **09/22/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **DEFICIENCY NOTICE - CURED** |

| | |
|---|---|
| File Date: | **09/22/2025** |
| Document Name: | **Complaint / Petition** |
| Comment: | **Class Action Complaint** |

| | |
|---|---|
| File Date: | **09/22/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit #1 – Breach Notice** |

| | |
|---|---|
| File Date: | **09/22/2025** |
| Document Name: | **Case Information Report Filed** |
| Comment: | **Case Information Report** |

| | |
|---|---|
| File Date: | **09/22/2025** |
| Document Name: | **Summons Issued (Service Event) - New Case** |
| Comment: | **Summons for St. Mary's Hospital** |

| | |
|---|---|
| File Date: | **09/22/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Summons for St. Mary's Hospital** |

| | |
|---|---|
| File Date: | **10/01/2025** |

Document Name: **Attorney Appearance - $10 Fee**
Comment:          **Attorney Appearnace Fee Added**

File Date:          **10/03/2025**
Document Name: **Invoice**
Comment:          **Invoice - 1st Notice for Attorney Eric Menhart**

File Date:          **10/08/2025**
Document Name: **Affidavit - Service**
Comment:          **Affidavit of Service**

File Date:          **10/08/2025**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit #1 - Proof of Service**

File Date:          **10/15/2025**
Document Name: **Returned/Undeliverable Mail**
Comment:          **Returned Mail. Remailed to address attorney gave clerk.**

# Service Information

| Service Type | Issued Date |
| --- | --- |
| **Summons Issued** | **09/22/2025** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114



CT Corporation
Service of Process Notification
09/24/2025
CT Log Number 550204939

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Melina Quiroz<br>MedStar Health, Inc.<br>10980 GRANTCHESTER WAY FL 7<br>COLUMBIA, MD 21044-6097 |
| **RE:** | **Process Served in Maryland** |
| **FOR:** | St. Mary's Hospital of St. Mary's County, Inc. (Domestic State: MD) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ILANA ABRAHAM, an individual, and on behalf of all others similarly situated vs. St. Mary's Hospital of St. Mary's County, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint, Attachment(s), Information Sheet |
| **COURT/AGENCY:** | St. Mary's County - Circuit Court, MD<br>Case # C18CV25000599 |
| **NATURE OF ACTION:** | Complaint regarding violation of Maryland's Personal Information Privacy Act |
| **PROCESS SERVED ON:** | The Corporation Trust Incorporated, Lutherville Timonium, MD |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 09/24/2025 postmarked on 09/22/2025 |
| **JURISDICTION SERVED:** | Maryland |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S)/SENDER(S):** | Eric Menhart<br>Lexero Law<br>80 M St SE, Ste 100<br>Washington, DC 20003<br>855-453-9376 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/25/2025, Expected Purge Date: 09/30/2025<br><br>Image SOP<br><br>Email Notification, Pam Brosnan  pam.s.brosnan@medstar.net<br><br>Email Notification, Paula Price  paula.s.price@medstar.net<br><br>Email Notification, Jennifer Gonsalves  jennifer.m.gonsalves@medstar.net<br><br>Email Notification, Jennifer Phillips  jennifer.e.phillips@medstar.net<br><br>Email Notification, Donna Mages  donna.m.mages@medstar.net<br><br>Email Notification, Karin Calimano  karin.e.calimano@medstar.net<br><br>Email Notification, Mimi Novello  mimi.novello@medstar.net<br><br>Email Notification, Ann Parent  ann.c.parent@medstar.net |

**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
09/24/2025
CT Log Number 550204939

Email Notification,  Christine Cutrona  christine.m.cutrona@medstar.net

Email Notification,  Deborah Peters  deborah.peters@medstar.net

Email Notification,  Melina Quiroz  melina.e.quiroz@medstar.net

**REGISTERED AGENT CONTACT:**  The Corporation Trust Incorporated
2405 York Rd
Ste 201
Lutherville Timonium, MD 21093
8775647529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.





**UNITED STATES POSTAL SERVICE®** — **Click-N-Ship®**

usps.com
$4.22
US POSTAGE

G

09/22/2025

9400 1301 0935 5105 7541 47 0042 2000 0402 1093

U.S. POSTAGE PAID

Mailed from 20003   259835138362734

## USPS GROUND ADVANTAGE™

LEXERO LAW
ERIC J MENHART
80 M ST SE STE 100
WASHINGTON DC 20003-3550

RDC 01

C025



FBO ST. MARYS HOSPITAL OF ST. MARYS CO
THE CORPORATION TRUST INCORPORATED
STE 201
2405 YORK RD
LUTHERVILLE TIMONIUM MD 21093-2252

**USPS TRACKING #**



9400 1301 0935 5105 7541 47





**CIRCUIT COURT FOR ST. MARY'S COUNTY**
**MARYLAND**
41605 Courthouse Drive
PO Box 676, Leonardtown, Maryland, 20650

Main: 301-475-7844
Civil Dept.: Ext. 4562
Criminal/Juvenile/Jury Dept.: Ext. 4564
Case Management Office: Ext. 4101/4102
MD Toll Free: 800-988-5052
MD Relay Service: 711

**To:** ST. MARY'S HOSPITAL OF ST. MARY'S CO., INC.
THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM, MD 21093-2264

**Case Number:** C-18-CV-25-000599
**Other Reference Number(s):**
**Child Support Enforcement Number:**

ILANA ABRAHAM VS. ST. MARY S HOSPITAL OF ST. MARY S COUNTY, INC.

Issue Date: 9/22/2025

# WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ILANA ABRAHAM
AS INDIVIDUAL, AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED
C/O LEXERO LAW
80 M STREET SE, SUITE 100
WASHINGTON DC 20003

This summons is effective for service only if served within 60 days after the date it is issued.

*Debra J. Burch* (signature)

Debra J. Burch / JAP
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.
    It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

Case 8:25-cv-03479-DKC   Document 1-2   Filed 10/22/25   Page 9 of 10

Circuit Court for St. Mary's County

Ilana Abraham vs. St. Mary s Hospital of St. Mary s County, Inc.   Case Number: C-18-CV-25-000599

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court for St. Mary's County
Ilana Abraham vs. St. Mary s Hospital of St. Mary s County, Inc.
Case Number: C-18-CV-25-000599

# SHERIFF'S RETURN
(please print)

To: THE CORPORATION TRUST INC.

_____  ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                Location of service

_____ by _____ with the following:
                           Manner of service

☐ Summons                       ☐ Counter-Complaint
☐ Complaint                     ☐ Domestic Case Information Report
☐ Motions                       ☐ Financial Statement
☐ Petition and Show Cause Order ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other
                                      Please specify

Sheriff fee: $ _____    ☐ waived by _____

_____    _____
Date                    Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).