UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ILANA ABRAHAM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br>ST. MARY'S HOSPITAL OF ST. MARY'S COUNTY, INC.,<br><br>　　　　　Defendant. | Case No. 8:25-cv-03479-DKC |

### REMOVAL STATEMENT

Pursuant to the Court's Amended Standing Order 2021−13 (ECF 7), Defendant St. Mary's Hospital of St. Mary's County, Inc. ("SMH") hereby states as follows:

1.　SMH was served with Plaintiff's Complaint on September 24, 2025.

2.　SMH is a citizen of Maryland. Plaintiff's putative class includes citizens of states other than Maryland.

3.　SMH removed this case less than 30 days after it was served with Plaintiff's Complaint.

4.　Plaintiff filed this case in Maryland state court on September 22, 2025.

5.　SMH is the only defendant named in this action.

Dated: November 3, 2025             Respectfully submitted,


                                    By:   */s/Elizabeth A. Scully*
                                          Elizabeth A. Scully (27402)
                                          **BAKER & HOSTETLER LLP**
                                          1050 Connecticut Avenue, NW, Suite 1100
                                          Washington, D.C. 20036
                                          Tel: (202) 861-1500
                                          Email: escully@bakerlaw.com

                                          *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Court using CM/ECF which will send an electronic notice of filing to all counsel of record.

*/s/ Elizabeth A. Scully*
*Attorney for Defendant*
