# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ILANA ABRAHAM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ST. MARY'S HOSPITAL OF ST. MARY'S COUNTY, INC.,<br><br>　　　　　Defendant. | Case No. 8:25-cv-03479-DKC |

## DEFENDANT'S CERTIFICATION OF FILING OF STATE COURT RECORD

Defendant St. Mary's Hospital of St. Mary's County, Inc., by counsel, and pursuant to Rule 103.5 of the Local Rules for the United States District Court for the District of Maryland, hereby certifies that all filings in the action that were originally filed in the St. Mary's County Circuit Court have been filed with the United States District Court for the District of Maryland.

Dated: November 4, 2025　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　*/s/Elizabeth A. Scully*
　　　　　　　　　　　　　　　　　　　Elizabeth A. Scully (27402)
　　　　　　　　　　　　　　　　　　　**BAKER & HOSTETLER LLP**
　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, NW, Suite 1100
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　Tel: (202) 861-1500
　　　　　　　　　　　　　　　　　　　Email: escully@bakerlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Court using CM/ECF which will send an electronic notice of filing to all counsel of record.

*/s/ Elizabeth A. Scully*
*Attorney for Defendant*